PER CURIAM.

(No. 73-CC-298 )

GORDON F. MOORE, M.D., Claimant, *vs.* STATE OF ILLINOIS,
JUDICIAL INQUIRY BOARD, Respondent.

*Opinion filed June 7, 1973.*

ROY F. BREEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

318

PER CURIAM.